

# Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

November 10, 2015

Court of Appeals - Third District of Texas
via email - 3rdclerksandreporters@txcourts.gov

Re:     Court of Appeals Number: 03-15-00289-CR
        Trail Court Case Number: 9767

Style:  The State of Texas
        Vs.
        Rafael Hernandez-Prado

        This letter is to advise the Court there have been no Findings filed in the above-referenced case (original cause); therefore a supplemental will be not be filed.

        The Findings of the trial court judge were filed in the corresponding case (NO. 03-1500290-CR ; Trial Court #9767A) and a supplemental was submitted today via the portal.

Sincerely,

Casie Walker

Casie Walker
District Clerk